UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEVIN KONECNY,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF ASSIGNED<br>COUNSEL, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. C17-5588 BHS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 3. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

　　(1)　The R&R is **ADOPTED**; and

　　(2)　This action is **DISMISSED without prejudice**.

Dated this 3rd day of October, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER